UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: PERSONETTE, JEFFREY A § Case No. 11-83706
PERSONETTE, ANGELA K §
§
Debtor(s) nka Angela Miles §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 23, 2011. The undersigned trustee was appointed on June 08, 2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $        125,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 920.85 |
| Administrative expenses | 55,892.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $        68,187.15 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/14/2017 and the deadline for filing governmental claims was 09/14/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,787.56. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,787.56, for a total compensation of $6,787.56.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $71.03, for total expenses of $71.03.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/07/2019          By: /s/JOSEPH D. OLSEN
                              Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-83706  
**Case Name:** PERSONETTE, JEFFREY A  
PERSONETTE, ANGELA K  
**Period Ending:** 02/07/19

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 08/23/11 (f)  
**§341(a) Meeting Date:** 09/29/11  
**Claims Bar Date:** 09/14/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 200.00 | 0.00 | | 0.00 | FA |
| 2 | Misc. household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Term policy from employment | 1.00 | 0.00 | | 0.00 | FA |
| 5 | 401k | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2004 Pontiac Grand Am | 3,000.00 | 0.00 | | 0.00 | FA |
| 7 | 1997 Saturn SL | 2,800.00 | 0.00 | | 0.00 | FA |
| 8 | 2000 Pontiac Grand Prix | 4,700.00 | 0.00 | | 0.00 | FA |
| 9 | personal injury matter (u) | Unknown | 62,500.00 | | 125,000.00 | FA |
| 9 | **Assets Totals** (Excluding unknown values) | **$14,201.00** | **$62,500.00** | | **$125,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/31/2017 - The case was reopened and this Trustee was appointed on or about June 8, 2017. The Debtor is a class participant in a vaginal mesh implantation case. The gross settlement award is anticipated to be $123,000.00 but the net claim may be closer to $68,000.00. We are awaiting resolution of the outside counsel's execution of a 2014 statement before outside counsel is engaged and we are awaiting funding of the proposed settlement. It is anticipated that this should be closed out before 12/31/18.

12/31/2018 - Obtained court approval to pay special counsel fees and expenses, and we are waiting for all of those checks to clear. Once all of those check have cleared, the final report will be completed and filed as soon as possible but no later than 2/28/2019.

**Initial Projected Date Of Final Report (TFR):** December 31, 2018    **Current Projected Date Of Final Report (TFR):** February 28, 2019

Printed: 02/07/2019 02:53 PM    V.14.50

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 11-83706 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | PERSONETTE, JEFFREY A | | **Bank Name:** | Rabobank, N.A. |
| | PERSONETTE, ANGELA K | | **Account:** | ******4066 - Checking Account |
| **Taxpayer ID #:** | **-***5725 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 02/07/19 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/13/18 | | 2014 AMS Qualified Settlement Fund | Pursuant to Order to Approve Compromise, Compensate Personal Injury Attorneys and Reimburse Costs (Doc 32) entered 10/15/2018 received settlement funds. | | | 115,877.15 | | 115,877.15 |
| | {9} | | Gross Settlement Amount | 125,000.00 | 1242-000 | | | 115,877.15 |
| | | | MDL Assessment fee per Doc 32 entered 10/15/2018 | -6,250.00 | 3991-000 | | | 115,877.15 |
| | | | Administrative Allocation Expenses per Doc 32 entered 10/15/2018 | -992.00 | 3991-000 | | | 115,877.15 |
| | | | QSF Trustee Administration Fee per Doc 32 entered 10/15/2018 | -700.00 | 3991-000 | | | 115,877.15 |
| | | | Medical Lien paid to Illinois Medicaid per Doc 32 entered 10/15/2018 | -920.85 | 4220-000 | | | 115,877.15 |
| | | | Lien Resolution Fee per Doc 32 entered 10/15/2018 | -260.00 | 3991-000 | | | 115,877.15 |
| 12/18/18 | 101 | Potts Law Firm | | | | | 12,065.00 | 103,812.15 |
| | | | Pursuant to 10/15/2018 Order (Doc 32) | 11,875.00 | 3210-600 | | | 103,812.15 |
| | | | Pursuant to 10/15/2018 Order (Doc 32). | 190.00 | 3220-610 | | | 103,812.15 |
| 12/18/18 | 102 | Bailey Peavy Bailey, PLLC | ATTORNEY FEES & EXPENSES | | 3210-600 | | 11,875.00 | 91,937.15 |
| 12/18/18 | 103 | Burnett Law Firm | ATTORNEY FEES & EXPENSES | | 3210-600 | | 14,250.00 | 77,687.15 |
| 12/18/18 | 104 | Pulaski Law Firm, PLLC | ATTORNEY FEES & EXPENSES | | 3220-610 | | 9,500.00 | 68,187.15 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 47.62 | 68,139.53 |
| 01/04/19 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | | 2600-000 | | -47.62 | 68,187.15 |
| | | | ACCOUNT TOTALS | | | 115,877.15 | 47,690.00 | $68,187.15 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 115,877.15 | 47,690.00 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$115,877.15** | **$47,690.00** | |

{} Asset reference(s)

Printed: 02/07/2019 02:53 PM    V.14.50

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-83706  
**Case Name:** PERSONETTE, JEFFREY A  
PERSONETTE, ANGELA K  
**Taxpayer ID #:** **-***5725  
**Period Ending:** 02/07/19

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4066 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 115,877.15  
Plus Gross Adjustments : 9,122.85  
Net Estate : $125,000.00

|  | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** |  |  |  |
| **Checking # ******4066** | 115,877.15 | 47,690.00 | 68,187.15 |
|  | $115,877.15 | $47,690.00 | $68,187.15 |

{} Asset reference(s)

Printed: 02/07/2019 02:53 PM    V.14.50

# Exhibit "C" - Analysis of Claims Register

## Case:  11-83706   PERSONETTE, JEFFREY A

**Case Balance:** $68,187.15   **Total Proposed Payment:** $68,187.15   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | Attorney Joseph D Olsen <br> <3110-00   Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 1,498.00 | 1,498.00 | 0.00 | 1,498.00 | 1,498.00 | 66,689.15 |
|  | JOSEPH D. OLSEN <br> <2200-00   Trustee Expenses> | Admin Ch. 7 | 71.03 | 71.03 | 0.00 | 71.03 | 71.03 | 66,618.12 |
|  | JOSEPH D. OLSEN <br> <2100-00   Trustee Compensation> | Admin Ch. 7 | 6,787.56 | 6,787.56 | 0.00 | 6,787.56 | 6,787.56 | 59,830.56 |
| 1 | nicor gas | Unsecured | 822.96 | 822.96 | 0.00 | 822.96 | 822.96 | 59,007.60 |
| 2 | RRCA ACCOUNTS MANAGEMENT, INC. | Unsecured | 4,716.49 | 4,716.49 | 0.00 | 4,716.49 | 4,716.49 | 54,291.11 |
| 1I | nicor gas | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 6.27 | 54,284.84 |
| 2I | RRCA ACCOUNTS MANAGEMENT, INC. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 35.95 | 54,248.89 |
| SURPLUS | PERSONETTE, JEFFREY A | Unsecured | 54,248.89 | 54,248.89 | 0.00 | 54,248.89 | 54,248.89 | 0.00 |
|  | **Total for Case 11-83706 :** |  | **$68,144.93** | **$68,144.93** | **$0.00** | **$68,144.93** | **$68,187.15** |  |

## CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $8,356.59 | $8,356.59 | $0.00 | $8,356.59 | 100.000000% |
| **Total Unsecured Claims :** | $59,788.34 | $59,788.34 | $0.00 | $59,830.56 | 100.070616% |

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 11-83706
Case Name: PERSONETTE, JEFFREY A
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:**   $   68,187.15

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   68,187.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 6,787.56 | 0.00 | 6,787.56 |
| Trustee, Expenses - JOSEPH D. OLSEN | 71.03 | 0.00 | 71.03 |
| Attorney for Trustee, Fees - Attorney Joseph D Olsen | 1,498.00 | 0.00 | 1,498.00 |

Total to be paid for chapter 7 administration expenses:   $   8,356.59
Remaining balance:   $   59,830.56

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   59,830.56

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 59,830.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,539.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | nicor gas | 822.96 | 0.00 | 822.96 |
| 2 | RRCA ACCOUNTS MANAGEMENT, INC. | 4,716.49 | 0.00 | 4,716.49 |
|  | Total to be paid for timely general unsecured claims: | $ |  | 5,539.45 |
|  | Remaining balance: | $ |  | 54,291.11 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||| 
|  | Total to be paid for tardy general unsecured claims: | $ |  | 0.00 |
|  | Remaining balance: | $ |  | 54,291.11 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 54,291.11

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $42.22. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 54,248.89.

**UST Form 101-7-TFR (05/1/2011)**