**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re:   PERSONETTE, JEFFREY A.<br>         PERSONETTE, ANGELA K.<br>         n/k/a Angela Miles<br><br>Debtor(s) | Chapter 7<br><br>Case No. 11-83706<br><br>JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 26, 2019, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Brian A. Hart
Brian A. Hart Law Offices, P.C.
5301 E. State Street
Rockford, IL  61108

Patrick S. Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715
USTPRegion11.MD.ECF@usdoj.gov

    /s/ Colleen M. Lemek

Joseph D. Olsen, Trustee
YALDEN, OLSEN & WILLETTE
1318 East State Street
Rockford, IL 61104-2228
815-965-8635 (phone)
815-965-4573 (fax)
jolsenlaw@comcast.net

Final Report - Certificate of Service.wpd

RRCA ACCOUNTS MANAGEMENT,
201 E. 3rd St.
Sterling, IL 61081-3611

Angela K Personette
nka Angela Miles
1409 West Oak Street
Herrin, IL 62948

Jeffrey A Personette
715 Heights Road, Unit B
Dixon, IL 61021

Nicor Gas
P.O. Box 549
Aurora, IL 60507-0549

Patrick S Layng
Office of the U.S. Trustee, Region 11
780 Regent St., Suite 304
Madison, WI 53715-2635

**EXHIBIT A**